ENTERED ON DOCKET

FEB 0 2 2011

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| LISA A. TAYLOR, ) | CASE NO. 09-69013-MHM |
| ) | |
| Debtor. ) | |
| ------------------------------------------------ ) ------------------------------------------------ | |
| ) | |
| S. GREGORY HAYS, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | CONTESTED MATTER |
| v. ) | |
| ) | |
| LISA A. TAYLOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER DIRECTING TURNOVER OF ESTATE PROPERTY

This matter is before the Court on Trustee's "Motion for Entry of an Order to Show Cause Why Debtor Should Not be Held in Contempt" (Doc. No. 63) filed by S. Gregory Hays, the Chapter 7 Trustee, on the Court's Show Cause Order and Notice of Hearing entered December 6, 2010 (Doc. No. 65), ordering Debtor and her counsel to appear and to show cause why she should not be held in contempt for repeated disregard of this Court's orders regarding turnover of estate property. The Motion came on for a show cause hearing January 6, 2011, at which time Debtor, her counsel, counsel for the Chapter 7 Trustee, and counsel for the U.S. Trustee appeared. Upon the record and arguments of counsel at the hearing noticed and held January 6, 2011, hearing, for good cause shown, it is hereby

**ORDERED** that, no later than forty-two (42) days from the date of entry of this Order, Debtor shall deliver to the Chapter 7 Trustee all funds remaining from the sale of the real property located at 13-1190 Falcon Drive, Coquitlam, British Columbia ("the Property") after payment to the Canada Revenue Agency for capital gains taxes. It is further

**ORDERED** that, no later than forty-two (42) days from the date of entry of this Order, Debtor shall file with this Court, and serve upon the Chapter 7 Trustee and the U.S. Trustee, a full and complete accounting of all proceeds from the sale of the Property. It is further

**ORDERED** that should Debtor fail to comply with any of the terms of this Order, she and her attorney shall appear before this Court on the 10 day of May, 2011, at 11:00 a.m. in Courtroom 1204, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, to show cause why Debtor should not be held in contempt of this Court and be subject to appropriate sanctions therefor, including but not limited to monetary sanctions, attorney fees and expenses Trustee and his counsel and the bankruptcy estate have incurred in pursuing turnover of the Property, and denial of her discharge per 11 U.S.C. § 727.

**IT IS SO ORDERED**, this the 31 day of JANUARY, 2011.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

draft **Prepared and presented by:**
LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Chapter 7 Trustee

By: \_\_\_\_\_/s/_____
Maggie Rentz
Georgia Bar No. 126457
J. Michael Lamberth
Georgia Bar No. 126457

3343 Peachtree Road NE, Suite 550
Atlanta, Georgia 30326-1022
(404)-262-7373 (Telephone)
(404)-262-9911 (Facsimile)

**Identification of parties to be served:**

Maggie Rentz
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road NE, Suite 550
Atlanta, Georgia 30326-1022

U.S. Trustee
Attn: Jeneane Treace, attorney
362 U.S. Courthouse ( & Richard B. Russell Federal Building)
75 Spring Street SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, Georgia 30326-1420

Michael C. Famiglietti
Famiglietti Law Firm
127 Church Street, Suite 205
Marietta, Georgia 30060

Colin A. Campbell
Chee Dusevic
Suite 208, Metrotown Place II
5945 Kathleen Avenue
Bunaby B.C. Canada V5H 4J7

Lisa A. Taylor
1365 Shallowford Road
Marietta, Georgia 30066

Lisa A. Taylor
P.O. Box 767541
Roswell, Georgia 30076-7541